# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 354th District Court, Hunt County, Texas | 82883 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Salvador Bernal, Sr., Salvador Bernal, Jr., Daniel Bernal, Joanna Bernal, Olga Bernal, Martin Carranco, Plaintiffs | J. Martin Futrell, 24085777, Jim S. Adler & Associates, The Tower at City Place, Lock Box 40, 2711 N. Haskell Ave., Ste.2500, Dallas, TX  75204-2887 (214) 220-3203 |
   | Transportaiton Services, Inc. d/b/a T.S.I. and Juan Diego Hernandez, Defendants | John W. Greene, 08391520, Scopelitis, 801 Cherry St. Fort Worth, TX  76102 (817) 869-1700 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ✓ Yes    ☐ No

   If "*Yes,*" by which party and on what date?

   Plaintiffs and Defendants                                    02/02/16 and 02/24/16
   Party                                                                    Date

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Defendants | 02/24/16 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   |  |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiffs | Negligence, negligence per se, gross negligence, respondeat superior liability as a result of a motor vehicle collision |